IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>WALLY JOHN BOGGS,<br><br>             Defendant. | CR-05-80-GF-BMM<br><br>AMENDED ORDER |

## INTRODUCTION

The Court granted previously Defendant Wally John Boggs's ("Boggs") motion for compassionate release but stayed its order for up to 180 days to enable the creation of a release plan. (*See* Doc. 94.)

## ORDER

Accordingly, **IT IS ORDERED:**

The Court's previous order (Doc. 94) granting Boggs's motion for compassionate release is amended to read as follows:

1. Boggs's motion for compassionate release (Doc. 80); (Doc. 88) is **GRANTED**.

2. Pursuant to the original judgment, the total term of supervised release shall be five (5) years.

3. The Court's order is **STAYED** for 14 days.

4. Boggs shall be released from the custody of the U.S. Bureau of Prisons to his mother and stepfather's residence, as approved by the U.S. Probation Office, after the expiration of the stay of this order.

5. Boggs shall report to the U.S. Probation Office within 72 hours of his release from the custody of the Bureau of Prisons.

DATED this 14th day of August 2024.

_____
Brian Morris, Chief District Judge
United States District Court